1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TRACY A. WATKINS,<br><br>     Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant. | Civil No. 3:10-CV-5632-BHS-JRC<br><br>ORDER AMENDING THE BRIEFING<br>SCHEDULE |

     Based on the Plaintiff's Motion to Amend the Briefing Schedule (ECF No. 21) and

Defendant's concurrence with the proposal, it is hereby ORDERED the Briefing Schedule shall

be amended and the due date for Plaintiff's Reply Brief be extended to June 6, 2011.

     Oral argument, if desired, shall be requested by June 13, 2011.

     DATED this 16th day of May, 2011

_____
J. Richard Creatura
United States Magistrate Judge